The American Laundry Machinery Company, defendant in error, v. Aurora Wet Wash Laundry Company, plaintiff in error. Gen. No. 7,597.

Assumpsit to recover purchase price of machinery sold and delivered. Judgment for plaintiff. Error to the Circuit Court of Kane county; the Hon. William J. Fulton, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Mighell, Gunsul & Allen, for plaintiff in error. Fred B. Shearer, for defendant in error; Charles Bentley Dickerson, of counsel.

Mr. Justice Jett delivered the opinion of the court.